IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DESTINY CLEANING SERVICES, LLC and TIMOTHY WILLIAMS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:24-cv-00329-BL |
| BEN E. KEITH COMPANY, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

On December 5, 2025, the Magistrate Judge recommended that the court grant summary judgment in favor of Defendant Ben E. Keith Company on all counts contained in the Plaintiffs' complaint, grant summary judgment in favor of Defendant Ben E. Keith Company on its first counterclaim, and deny summary judgment to Defendant Ben E. Keith Company on its second counterclaim. (Doc. 64). The Magistrate Judge set the deadline for the Plaintiffs to file objections to the recommendation on December 19, 2025. (Doc. 64). To date, the court has received no objections.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation (doc. 64) and **ORDERS** as follows:

1. The Recommendation of the Magistrate Judge (doc. 64) is **ADOPTED**.

3. The Defendant's Motion for Summary Judgment (doc. 49) is **GRANTED in part** to the extent that it seeks summary judgment on Counts I, II, III, and IV contained in the Plaintiffs' complaint (doc. 1-2) and on Counterclaim I contained in the Defendant's answer and counterclaim (doc. 2).

4. The Defendant's Motion for Summary Judgment (doc. 49) is **DENIED in part** to the extent that it seeks summary judgment on Counterclaim II contained in the Defendant's answer and counterclaim (doc. 2).  Based on the reasons stated in the recommendation of the Magistrate Judge for denying summary judgment on Counterclaim II, the court finds that Counterclaim II is due to be dismissed with prejudice.

A separate final judgment will be entered.

**DONE** and **ORDERED** on this the 4th day of February, 2026.

_____
BILL LEWIS
UNITED STATES DISTRICT JUDGE